2:00CR125

Honorable James T. Moody, Judge
, and/or
Honorable Philip P. Simon, Judge
United States District Court
Northern District of Indiana
5400 Federal Plaza
Hammond, Indiana 46320

Wilbur C. Streeter
2275 S 625 W
Topeka, In 46571
September 14, 2005

Dear Sirs,

    I am writing this letter to request your assistance in obtaining some financial relief from my restitution payment each month. As you recall I have a $1.9 million payment of restitution which was assessed to me at my sentencing on march 22, 2002. I do not know the proper legal terms for such a request, but I understand after one year of satisfactory probation and restitution payment it is not unusual for a judge to grant such a request for relief from restitution payment.

    I completed my time of incarceration at the FPC in Duluth, MN and my time in half way house at Allen County Work Release Center in Ft. Wayne, Indiana one year ago. I have tried my best to follow the rules of probation under my probation officer Robert Doolin of Ft. Wayne, Indiana. My wife and I are on Social Security and are struggling financially. I would appreciate any help or consideration you could give to me in this matter.

    Thank you for your time and help.

Sincerely,
Wilbur C. Streeter

FILED

SEP 16 2005

At_____M
STEPHEN R._____Clerk
U.S. DIST._____RT
NORTHERN DIS._____DIANA